The Ludlow Realty Company, Respondent, v. The City of New York, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Sarah Nadler, Appellant, v. William F. Baker, as Police Commissioner of the City of New York, and Frederick H. Bugher, as Acting Police Commissioner of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements, on the authority of *Smith & Sons Carpet Co.* v. *Ball* (137 App. Div. 100) and *Heim* v. *New York Stock Exchange* (138 id. 96). Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Pher Nelson and Harold Nelson, Copartners, Doing Business under the Firm Name and Style of The Nelson Company, Appellants, v. Frank G. Terwilleger, Respondent.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Leon Oldmixon, Respondent, v. Henry Corn, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Winfield S. Overton, Appellant, v. George Wyatt, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Agnes Sena, Respondent, v. Michael Sena, Appellant.— Appeal dismissed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Barnett Sotland, Appellant, v. Samuel Sotland, as Executor, etc., of Annie Sotland, Deceased, Respondent.— Order modified by striking out the provision for costs, and as modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Stoller & Cook Company, Respondent, v. Vennette F. Pelletreau & Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Carrie Vaillant, Respondent, v. Henry Vaillant, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Walter W. Westall, Respondent, v. Augustus R. Keller, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

The American Savings Bank, Appellant, v. Rice Realty and Construction Company and Others, Defendants, Impleaded with John Donaldson and John Donaldson, Jr., Copartners, Composing the Firm of John Donald-